

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

3140 Boeing Avenue

McKinleyville, CA 95519

*cand.uscourts.gov*

August 26, 2020

Jay Brian Shapiro
Forman & Associates
4340 Redwood Hwy Ste F-228
San Rafael, CA 94903

Re:   Bear River Band of Rohnerville Rancheria v. State of California
Case Number:20-cv-05574-RMI

Dear Counsel/Parties:

This matter has been randomly assigned to United States Magistrate Judge Robert M. Illman for all purposes including trial. Judge Illman presides from both McKinleyville and San Francisco and holds hearings in person as well as by phone and video conference depending on the circumstances.

The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

A review of our records discloses that the Consent or Declination to Magistrate Judge Jurisdiction has not been filed in this case. All parties are requested to complete the attached form documenting either consent or declination and e-file it with the Court by **September 6, 2020.** This form can be found on the Court's website at cand.uscourts.gov/civilforms.

Please note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences.

> Susan Y. Soong
> Clerk, United States District Court
>
> By *[signature]*
>
> Gloria Knudson, Deputy Clerk to the
> Honorable ROBERT M. ILLMAN

*REV. 9-19*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEAR RIVER BAND OF ROHNERVILLE RANCHERIA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | Case No.20-cv-05574-RMI<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

( )   **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

( )   **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:                                   NAME: _____

                                        COUNSEL FOR (OR "PRO SE"):

                                        _____

                                        _____
                                        Signature

*REV. 9-19*