1  ROB BONTA
   ATTORNEY GENERAL OF CALIFORNIA
2  SARA J. DRAKE
   Senior Assistant Attorney General
3  WILLIAM P. TORNGREN
   Supervising Deputy Attorney General
4  COLIN WOOD, State Bar No. 267539
   TIMOTHY M. MUSCAT, State Bar No. 148944
5  Deputy Attorneys General
    1300 I Street, Suite 125
6   P.O. Box 944255
    Sacramento, CA 94244-2550
7   Telephone: (916) 210-7779
    Fax: (916) 323-2319
8   E-mail: Timothy.Muscat@doj.ca.gov
   *Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BEAR RIVER BAND OF ROHNERVILLE RANCHERIA, a federally recognized Indian Tribe,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, and GAVIN NEWSOM IN HIS OFFICIAL CAPACITY AS GOVERNOR OF CALIFORNIA,**<br><br>Defendants. | Case No. 1:20-cv-01539-AWI-SKO<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FILING OPPOSITIONS TO CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>Action Filed: August 15, 2020 |

Pursuant to the United States District Court, Eastern District of California Local Rules, Rule 143, George Forman, attorney for plaintiff Bear River Band of Rohnerville Rancheria, a federally recognized Indian Tribe (Bear River or Tribe), on the one hand, and Timothy M. Muscat, Deputy Attorney General, attorney for defendant Gavin Newsom, in his official capacity as Governor of the State of California, and defendant State of California (collectively, State Defendants), on the other hand, stipulate as follows:

Whereas, the counsel for the Tribe and State Defendants (collectively, the Parties) filed

1

cross-motions for summary judgment (Cross-Motions); and

Whereas, counsel for the Parties have worked diligently on their respective briefs in opposition to the Cross-Motions that currently are due on June 23, 2021, but with the general press of business and counsel for the Tribe having encountered unanticipated delays in obtaining executed declarations to be lodged in connection with the Tribe's opposition brief, the parties do not anticipate being able to meet the Court's deadline to file opposition briefs by June 23, 2021,

IT IS HEREBY STIPULATED and respectfully requested by the Parties that the Court amend the current Scheduling Order so as to provide that the Parties' briefs in opposition to the respective Cross-motions be filed by July 2, 2021, any reply briefs be filed by July 22, 2021, and the hearing on the motions be continued until August 9, 2021.

Dated: June 22, 2021  Respectfully submitted,

By: /s/ George Forman
GEORGE FORMAN
FORMAN & ASSOCIATES
Attorneys for Plaintiff

Dated: June 22, 2021  ROB BONTA
Attorney General of California
SARA J. DRAKE
Senior Assistant Attorney General
WILLIAM P. TORNGREN
Supervising Deputy Attorney General
COLIN WOOD
Deputy Attorney General

By: /s/ Timothy Muscat
TIMOTHY M. MUSCAT
Attorneys for Defendants

2

Stip. and Proposed Order to Extend Deadline To File
Oppositions to Cross- Mots. for Summary Jdgt. (1:20-cv-01539-AWI-SKO)

**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated:   June 23, 2021                              _____
                                                                    SENIOR DISTRICT JUDGE

3

Stip. and Proposed Order to Extend Deadline To File
Oppositions to Cross- Mots. for Summary Jdgt. (1:20-cv-01539-AWI-SKO)