IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BEAR RIVER BAND OF ROHNERVILLE RANCHERIA, a federally recognized Indian Tribe,

Plaintiff,

v.

STATE OF CALIFORNIA, et al.,

Defendants.

No. 1:20-cv-01539-ADA-SKO

ORDER GRANTING PARTIES' JOINT STIPULATION FOR APPOINTMENT OF MEDIATOR SCOTT BALES; REQUIRING THE PARTIES TO SUBMIT THEIR LAST BEST OFFERS FOR A COMPACT

The parties have jointly agreed to retired Chief Justice of the Arizona Supreme Court Scott Bales as the mediator pursuant to 25 U.S.C. § 2710(d)(7)(B)(iv). (ECF No. 90.)

Within ten days of this order, each party is directed to submit to the mediator "a proposed compact that represents their last best offer for a compact." 25 U.S.C. § 2710(d)(7)(B)(iv). The mediator "shall select from the two proposed compacts the one which best comports with the terms of [IGRA], . . . any other applicable Federal law[,] and with the findings and order," (ECF No. 86), of this Court. *Id.* Once the mediator selects a compact as directed, he "shall submit [the selected compact] to the State and the Indian tribe." *Id.* at § 2710(d)(7)(B)(v). "If [the] State consents to a proposed compact during the 60-day period beginning on the date on which the proposed compact

is submitted by the mediator to the State under clause (v), the proposed compact shall be treated as a Tribal-State compact entered into under [§ 2710(d)(3)]." *Id.* at § 2710(d)(7)(B)(vi). "If the State does not consent during the 60-day period described [above] to [the] proposed compact submitted by [the mediator to the State], [he] shall notify the Secretary" of the Interior. *Id.* at § 2710(d)(7)(B)(vii). The Secretary of the Interior, in consultation with the Tribe, shall then prescribe procedures for operation of class III gaming by the Tribe that are consistent with the compact selected by the mediator, the provisions of IGRA, and the laws of the State. *Id.*

IT IS SO ORDERED.

Dated:  July 5, 2023

_____
UNITED STATES DISTRICT JUDGE