ROB BONTA
Attorney General of California
T. MICHELLE LAIRD
Senior Assistant Attorney General
NOEL A. FISCHER, State Bar No. 232553
Supervising Deputy Attorney General
LISA L. FREUND, State Bar No. 249174
Deputy Attorney General
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone:  (619) 738-9133
 Fax:  (619) 645-2271
 E-mail:  Noel.Fischer@doj.ca.gov
*Attorneys for Defendants*
*Governor Gavin Newsom and State of California*

GEORGE FORMAN, State Bar No. 47822
JAY B. SHAPIRO, State Bar No. 224100
MARGARET C. ROSENFELD, State Bar No. 127309
FORMAN SHAPIRO & ROSENFELD LLP
5055 Lucas Valley Road
Nicasio, CA  94946
Telephone:  (415) 491-2310
Email:  george@fsrlegal.net
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BEAR RIVER BAND OF THE ROHNERVILLE RANCHERIA, a federally recognized Indian Tribe,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA, and GAVIN NEWSOM IN HIS OFFICIAL CAPACITY AS GOVERNOR OF CALIFORNIA,**<br><br>Defendants. | 1:20-cv-01539-KES-SKO<br><br>**JOINT STATUS REPORT** |

1

1   Pursuant to the Court's June 25, 2024 Minute Order (ECF No. 97), the parties hereby
2 submit the following Joint Status Report:
3   On January 26, 2023, the Court entered its order pursuant to the parties' stipulation
4 granting Plaintiff's motion for summary judgment that Defendant failed to negotiate in good faith
5 concerning entry into a new class III gaming compact, and directing the parties to commence
6 remedial procedures prescribed by the Indian Gaming Regulatory Act, 25 U.S.C. §
7 2710(d)(7)(B)(iii)- (vii).  ECF No. 86.  On May 10, 2024, the Assistant Secretary of the Interior
8 for Indian Affairs, acting pursuant to 25 U.S.C. § 2710(d)(3)(vii), issued Secretarial Procedures in
9 lieu of a tribal-state compact under which Plaintiff may conduct class III gaming activities on its
10 Indian lands.
11   Issuance of the above-mentioned Secretarial Procedures ended this litigation as the parties
12 have concluded and fully implemented the remedial measures as ordered by the Court on January
13 25, 2023.  *See* ECF No. 86.  Thus, all matters and claims at issue in the instant litigation have
14 been resolved such that nothing further is pending before this Court and thus judgment should be
15 entered and the case should be closed.

27 ///
28 ///

| | | |
|---|---|---|
| Dated: July 3, 2024 | | Respectfully submitted, |
| | | ROB BONTA<br>Attorney General of California<br>T. MICHELLE LAIRD<br>Senior Assistant Attorney General<br>LISA L. FREUND<br>Deputy Attorney General |
| | | */s Noel A. Fischer (as authorized on 7/3/2024)* |
| | | NOEL A. FISCHER<br>Supervising Deputy Attorney General<br>*Attorneys for Defendants* |
| Dated:  July 3, 2024 | | Respectfully submitted, |
| | | FORMAN SHAPIRO & ROSENFELD LLP |
| | | */s George Forman*<br>George Forman<br>Jay B. Shapiro<br>Margaret C. Rosenfeld<br>*Attorneys for Plaintiff* |