# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**BEAR RIVER BAND OF ROHNERVILLE RANCHERIA, ET AL.,**

v.

**STATE OF CALIFORNIA, ET AL.,**

JUDGMENT IN A CIVIL CASE

CASE NO: **1:20–CV–01539–KES–SKO**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 7/10/2024**

**Keith Holland**
Clerk of Court

ENTERED: **July 10, 2024**

by: /s/ O. Rivera
Deputy Clerk